IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KELLEY B. KIVILAAN, )
Individually and on behalf of all )
others similarly situated, )
 )
Plaintiff, )
 ) Case No. 3:04-0814
v. )
 ) Judge Nixon
AMERICAN AIRLINES, INC., ) Magistrate Judge Bryant
 )
Defendant. )

## ORDER

It has come to the Court's attention that the Plaintiff Kelly Kivilaan and Defendant American Airlines, Inc. have reached a Proposed Settlement Agreement in the above-styled matter. As a result of the Proposed Settlement, the following ten (10) Motions pending before the Court are rendered **MOOT**: (1) Plaintiff's Motion to Certify Class (Doc. No. 57); (2) Defendant's Motion to Supplement Briefing Regarding Motion for Class Certification (Doc. No. 111); (3) Plaintiff's Motion for Summary Judgment on First Claim for Relief (Doc. No. 124); (4) Defendant's Motion for Summary Judgment (Doc. No. 126); (5) Defendant's Motion for Leave to File Reply (Doc. No. 139); (6) Defendant's Motion to Strike Evidence in Support of Plaintiff's Motion for Summary Judgment (Doc. No. 152); (7) Joint Motion for Leave to File Excess Pages (Doc. No. 166); (8) Defendant's Motion to Strike Plaintiff's Response (Doc. No. 168); (9) Defendant's Motion for Reconsideration of the Court's Order on Motion to Compel (Doc. No. 178); and (10) Defendant's Motion for Reconsideration of the Court's Order Denying

-1-

Defendant's Leave to File a Sur-Reply (Doc. No. 188).

    It is so ORDERED.

    Entered this the \_\_9\_\_ day of July, 2009.

                                      JOHN T. NIXON, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

Case 3:04-cv-00814   Document 196   Filed 07/09/09   Page 2 of 2 PageID #: 3634